IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEVEN WILSON,                            )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        CIVIL ACTION NO. 2:10cv379-WHA
                                          )
BOB RILEY, *et al*,                       )
                                          )
        Defendants.                       )

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #12) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED; this case is DISMISSED with prejudice for lack of subject matter jurisdiction.

A separate judgment shall issue.

Done this 7th day of September, 2010.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE